**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**RALPH WESTER,**

       **Plaintiff,**

**vs.**                            **CASE NO.  5:05-CV-160-SPM**

**WILLIE RAINES, *et al*.,**

       **Defendants.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

     **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 32) filed November 29, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  Plaintiff filed his objections (doc. 34) on December 26, 2006.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

     Plaintiff's arguments do not rise to the level of an Eighth Amendment violation.  Although the Eleventh Circuit, as well as the United States Supreme Court, has recognized a cause of action for exposure to secondhand smoke,[1]

---

[1] Kelley v. Hicks, 400 F.3d 1282 (11th Cir. 2005), Helling v. McKinney, 509 U.S. 25 (1993).

Plaintiff must still demonstrate the requisite element of "deliberate indifference" to an excessive risk to inmate health or safety.  <u>Chandler v. Crosby</u>, 379 F.3d 1278, 1289-90 (11th Cir. 2004).  Here, Plaintiff does not discuss how much or how often inmates smoked inside his unit, and he balks at being asked by correctional officers to assist them by reporting individual inmates who violate the no-smoking policy.  Finally, Plaintiff has shown no causal link between the smoking and any injury to his health.  Having shown no entitlement to relief, it is

**ORDERED AND ADJUDGED** as follows:

1.      The magistrate judge's report and recommendation (doc. 32) is

adopted and incorporated by reference in this order.

2.      This case is hereby *dismissed* with prejudice for failure to state a

claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this <u>seventeenth</u> day of January, 2007.

 *s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge